# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__DATATERN, INC.__
Plaintiff

V.

CIVIL ACTION

NO. 11-12224-RGS

Informatica Corp.
Defendant

## ORDER

STEARNS, D. J.

In accordance with the Court's Memorandum and Order of Consolidation dated 2/24/12. The above case is hereby administratively closed. All filings are to be made in CA 11cv12220-RGS.

By the Court

2/24/12

Date

/s/ Elaine Flaherty

Deputy Clerk

(Dismissal Memo.wpd - 12/98)